**APPROVED** *[signature: Thomas A. Wiseman Jr.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| JUDI DAVIS, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-CV-124 |
| ) | JUDGE WISEMAN |
| v. ) | MAGISTRATE JUDGE KNOWLES |
| ) | |
| CIGNA CORPORATION and LIFE ) | |
| INSURANCE COMPANY OF NORTH ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendants have entered into a Settlement Agreement and General Release which fully settles all claims by Plaintiff in this case;

The Defendants hereby file notice that all claims that Plaintiff has pending against Defendants are dismissed with prejudice. Each party is to bear its own attorneys fees and costs.

Respectfully Submitted,

By: /s/ Emily Plotkin
Emily H. Plotkin (TN Bar No. 22978)
Cameron Hill (TN Bar No.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street
Suite 800
Nashville, TN 37201
(615) 726-5614 (telephone)
(615) 744-5614 (facsimile)

*Attorneys for Defendants*

1

N EHP 789975 v1
2014412-000136 09/14/2010

Case 3:10-cv-00124   Document 21   Filed 09/20/10   Page 1 of 1 PageID #: 2485